*Bus Lines,* 345 U. S. 964, Nos. 716 and 717, of the October Term, 1952, have now been paid, the rule to show cause is discharged.

No. ——. IN RE BALTZEGAR, 348 U. S. 969. It appearing that all costs in the case of *Rickenbaker* v. *United States,* 348 U. S. 832, have now been paid, the rule to show cause is discharged.

No. ——. IN RE HAWKE, 348 U. S. 969. The rule to show cause is discharged, it appearing that the respondent died prior to the date the rule issued.

No. ——. IN RE COLLINS, 348 U. S. 969. It appearing that the rule to show cause has not been served because the respondent cannot be located, the rule is discharged.

No. 763. ULLMANN *v.* UNITED STATES. C. A. 2d Cir. The motion for leave to file brief of Emergency Civil Liberties Committee, as *amicus curiae,* is denied. Certiorari granted. *Nathan Witt, Leonard B. Boudin* and *Victor Rabinowitz* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Tompkins, Harold D. Koffsky* and *John H. Davitt* for the United States.

No. 790. AFFRONTI *v.* UNITED STATES. C. A. 8th Cir. Certiorari granted. *Harry F. Murphy* for petitioner. *Solicitor General Sobeloff* for the United States.

No. 793. UNITED STATES *v.* LESLIE SALT Co. C. A. 9th Cir. Certiorari granted. *Solicitor General Sobeloff* for the United States. *Walter C. Fox, Jr.* for respondent.